```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                           Judge William J. Martínez
```
_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: April 26, 2012 |
| Court Reporter:    Gwen Daniel | Probation: Thomas Meyer |
| | Gary Kruck |
| | Interpreter: Cathy Bahr |

_____

| | |
|---|---|
| Criminal Action No.  11-cr-00462-WJM | *Counsel:* |
|                      11-cr-00398-WJM | |
| UNITED STATES OF AMERICA, | Joseph Mackey |
|     Plaintiff, | |
| v. | |
| YARLEN RAFAEL LOPEZ, | Edward Harris |
|  a/k/a Yarlan Lopez, | |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

**HEARING - Violation of Supervised Release in 11-cr-00462-WJM**
**HEARING - Sentencing in 11-cr-00398-WJM**

09:00 a.m.     Court in Session

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

The Court first takes up the matter of the **Violation of Supervised Release in 11-cr-00462-WJM**.

Court's comments

The defendant admits to Violation No. 1, Driving White Ability Impaired and Criminal Mischief.

The defendant admits to Violation No. 2, Unlawful Reentry after Deportation.

The defendant admits to Violation No. 3, Illegal Re-entry After Deportation Subsequent to an Aggravated Felony Conviction.

**ORDERED: The defendant's admissions are accepted.**

Government's sentencing recommendation and reasons fo the recommendation

Mr. Harris' sentencing recommendation and reasons fo the recommendation

Probation Officer Meyer's comments

Defendant's Allocution

**ORDERED: Based on the Court's FINDING that defendant has violated the conditions of supervised release as alleged in the probation officer's Petition, it is the Judgment of this Court that Defendant Yarlen Rafael Lopez's supervised release is REVOKED.**

**The defendant shall be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight months, to be served current with the sentence which will be imposed in 11-cr-00398-WJM.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the U.S. illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

The defendant is advised of his right to appeal the sentence imposed.

**09:32 a.m.   HEARING - Sentencing in 11-cr-00398-WJM**

Government's sentencing recommendation and reasons for the recommendation

Mr. Harris' sentencing recommendation and reasons for the recommendation

Mr. Harris' argument re Defendant's Motion to Impose Variant Sentence [ECF No. 24]

Mr. Mackey's response

Defendant's Allocution

**ORDERED:   Defendant's Motion to Impose Variant Sentence [ECF No. 24] is GRANTED.**

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the Judgment of this Court that the Defendant, Yarlen Rafael Lopez, be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen  months, to be served concurrent with the sentence imposed in 11-cr-00462.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give Defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The Defendant is advised that if he re-enters or remains in the U.S. illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because it is likely that the defendant will be deported.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court finds that the Defendant does not have the ability to pay a fine, and the fine is waived in this case**.

Defendant advised of his right to appeal the sentence imposed and, in very limited circumstances, his conviction by guilty plea.

Mr. Harris' comments

The defense requests that the Court recommend the defendant continue to receive the neurological consult and treatment wherever he is placed.

The Court asks Probation Officer Kruck to include in the Judgment a notation that the Court approves the defense request, and recommends that such consult and treatment continue to be afforded to the defendant.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

10:14 a.m.  Court in Recess
 Hearing concluded
 Time: one our and 14 minutes